**David Abrams, Attorney at Law**
305 Broadway Suite 601, New York NY 10007
Tel. 212-897-5821 Fax 212-897-5811

**MEMO ENDORSED**

May 10, 2021

To: Hon. Kenneth M. Karas          (by ECF)
    United States District Court
    Southern District of New York
    300 Quarropas Street White Plains, NY 10601

Re: Sanchez v. Goldens Fresh et al, Case No. 19 cv 11241

Dear Judge Karas:

Ths office represents the Plaintiff in the above referenced matter. I respectfully request that the trial in this matter, currently scheduled for May 21, 2021 be adjourned. The reason for this request is that the parties have reached a settlement in principle. Defendants' counsel joins in this request.

Granted.

So Ordered.
*[signature]*
5/13/21

Respectfully yours,

/s/ David Abrams

David Abrams

cc: Defendant's counsel          (by ECF)